ACCEPTED
03-14-00618-cr
4979976
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/22/2015 7:29:11 AM
JEFFREY D. KYLE
CLERK

# Sutton Law Office

**John E. Sutton**
*Retired District Judge*

**Attorneys and Mediators**

**Judy Harris Sutton**
*Of Counsel*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/22/2015 7:29:11 AM
JEFFREY D. KYLE
Clerk

| Office Location: | Telephone: | Mailing Address: |
|---|---|---|
| 117 South Irving | 325-482-8470 | P. O. Box 871 |
| San Angelo, Texas 76903 | Facsimile: 325-482-9474 | San Angelo, Texas 76902 |

April 20, 2015

**By E-file**
Mr. Jeffrey D. Kyle
Clerk of the Third Court of Appeals
P. O. Box 12547
Austin, Texas 78711-2547

Re:    Cause Number: 03-14-00618-CR; John Anders vs. State of Texas; in the Third
        Court of Appeals, Austin, Texas
        Trial Court Cause Number: A-99-0301-S
        Our File Number: 2492

Dear Mr. Kyle:

I am certifying my compliance with Rule 48.4 involving the "Order and Memorandum Opinion" dated March 30, 2015. My letter complying with Rule 48.4 was mailed to Mr. Anders on April 6, 2015. Attached to this letter is a copy of the return receipt.

Yours truly,

John E. Sutton
Attorney at Law

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _(signature)_    ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

John Anders    4-13-15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

1. Article Addressed to:

Mr. John Anders, #1944361
Huntsville Unit
815 12th Street
Huntsville, TX   77340

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7007 2680 0002 9572 2683

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

14 APR 15

file #2492

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

John E. Sutton
P. O. Box 871
San Angelo, Texas 76902-0871

302087171